Case 1:98-cv-03772-WK-RLE  Document 148  Filed 07/12/07  Page 1 of 1



**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

SDNY/NYNY
98-cv-3772

Catherine O'Hagan Wolfe
CLERK

Date:                    7/11/07
Docket Number:           00-9576-cv
Short Title:             Casio Computer Co. v. Hasegawa
DC Docket Number:        98-cv-3772
DC:                      SDNY (NEW YORK CITY)
DC Judge:                Honorable Whitman Knapp



FILED
JUL 11 2007
Catherine O'Hagan Wolfe, Clerk

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of July, two thousand seven.

Casio Computer Co. v. Hasegawa

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Catherine O'Hagan Wolfe, Clerk

By: Eniola O. Ajayi
Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by

DEPUTY CLERK

CERTIFIED:   7/11/2007